ACKLEY et al., Plaintiffs, v. READING TRUST CO., Defendant.

(Supreme Court, General Term, First Department.   May 18, 1894.)

Action by J. Edward Ackley and another against the Reading Trust Company.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
R. Foster, for plaintiffs.
G. S. Coleman, for defendant.
No opinion.   Exceptions overruled, and judgment ordered on verdict, with costs.

---

BLISS et al. v. FOSDICK et al.

(Supreme Court, General Term, First Department.   May 18, 1894.)

Action by George Bliss and others against Charles B. Fosdick and others.
Argued before O'BRIEN, FOLLETT, and PARKER, JJ.
No opinion.   Order affirmed, with $10 costs and disbursements.   See 24 N. Y. Supp. 939; 27 N. Y. Supp. 1053.

---

In re BREMER.

(Supreme Court, General Term, First Department.   May 18, 1894.)

In the matter of Alexander Bremer.
Argued before VAN BRUNT, P. J., and PARKER, J.
No opinion.   Referee ordered to take proof of the facts, and report with his opinion thereon.

---

CARLETON et al., Appellants, v. LOMBARD AYRES & CO., Respondent.

(Supreme Court, General Term, First Department.   May 18, 1894.)

Action by J. Osgood Carleton and another against Lombard Ayres & Co.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
R. B. Moffert, for appellants.
A. B. Boardman, for respondent.
No opinion.   Judgment affirmed, with costs on opinion in same case.   See 72 Hun, 254, 25 N. Y. Supp. 570.

---

CROW, Appellant, v. COFFIN, Respondent.

(Supreme Court, General Term, First Department.   May 18, 1894.)

Action by Moses R. Crow against William E. Coffin.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
A. Perry, for appellant.
C. Norwood, for respondent.
No opinion.   Order affirmed, with $10 costs and disbursements.   See 27 N. Y. Supp. 1108.